**Johnnie Ivey JOHNSON,
Plaintiff–Appellant,**

v.

**PITT COUNTY SCHOOLS; Jennifer Poplin, Principal of E.B. Aycock Middle School; Delilah Jackson, Superintendent of HR; Beverly Emory, Superintendent of all Pitt County Schools; Glen Buck, Director of Classified Personnel, Defendants–Appellees.**

No. 14–1344.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 26, 2014.

Decided: July 1, 2014.

Johnnie Ivey Johnson, Appellant Pro Se. Daniel William Clark, Tharrington Smith, LLP, Raleigh, North Carolina, for Appellees.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnnie Ivey Johnson appeals the district court's orders denying relief on his complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Pitt Cnty. Schs.*, No. 4:12–cv–00191–BR (E.D.N.C. Nov. 12, 2013 & Mar. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*